# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 396 WAVERLY AVENUE
# BROOKLYN, NEW YORK 11238
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

MARCH 11, 2024

**BY ECF**
The Honorable Vincent L. Bricetti
United States District Court
Southern District of New York
300 Quarropas, White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 3/12/24
White Plains, NY

Re: *United States v. Greg Brown*, 23 Cr. 454 (VB)

Dear Judge Bricetti:

This is a request to the Court to allow Co-counsel James Roth to appear on my behalf at the next status conference scheduled for March 21, 2024, at 11 am. I am a committee member of the Death Penalty Working Group (DPWG), a committee led by the Defender Services and the Administrative Office of the United States in Washington, and we have a meeting in Washington on the 21st.

My client Mr. Brown consents to Mr. Roth appearing on my behalf. Thank you for the Court's time and consideration in this matter.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery

3/12/24