# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 396 WAVERLY AVENUE
## BROOKLYN, NEW YORK 11238
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

MAY 21, 2024

**BY ECF**
The Honorable Vincent L. Bricetti
United States District Court
Southern District of New York
300 Quarropas, White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 5/21/24
White Plains, NY

RECEIVED
MAY 21 2024
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Re: *United States v. Greg Brown*, 23 Cr. 454 (VB)

Dear Judge Bricetti:

    This is a request to the Court to allow Co-counsel James Roth to appear on my behalf at the next status conference scheduled for May 30, 2024, at 10 am. I am currently engaged on trial in E.D.N.Y before Judge Cogan.

    My client Mr. Brown consents to Mr. Roth appearing on my behalf. Thank you for the Court's time and consideration in this matter.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/24