UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,                  **MEMORANDUM**

      -against-                                23 Cr. 454 (VB)

GREG BROWN,

                      Defendant.
------------------------------------------------------------x

TO:  <u>Vincent L. Briccetti, United States District Judge:</u>

      Please find attached a transcript of the September 25, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 22, 2024
        White Plains, New York

                                                            Respectfully Submitted,

                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge