USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :          **ORDER ACCEPTING**
v.                                :          **PLEA ALLOCUTION**
                                  :
GREG BROWN,                       :          23 CR 454-2 (VB)
                  Defendant.      :
----------------------------------------------------x

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record.   The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated September 25, 2024, is approved and accepted, and the defendant is adjudged guilty of Count One and Count Eleven (specifically, the lesser included offense of brandishing a firearm in furtherance of a crime of violence) of the indictment.

The Clerk is directed to enter the guilty plea.

Dated: November 25, 2024
       White Plains, NY

                         SO ORDERED:

                         Vincent L. Briccetti
                         United States District Judge