UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/25
```

UNITED STATES OF AMERICA

v.

GREG BROWN,

      a/k/a "GG,"
      a/k/a "ballout.gg"

**Consent**
**Order of Restitution**

23 Cr. 454 (VB)

Upon the application of the United States of America, by its attorney, Matthew Podolsky,

Acting United States Attorney for the Southern District of New York, Ben Arad, Assistant United

States Attorney, of counsel; the presentence investigation report; the defendant's conviction on

Counts One and Eleven of the Indictment; and all other proceedings in this case, it is hereby

ORDERED that:

1.     **Amount of Restitution**

GREG BROWN, the defendant, shall pay restitution in the total amount of  $246,100.00,

pursuant to 18 U.S.C. § 3663 and 18 U.S.C. § 3663A, to the victims of the offense charged in

Count One.  The names, addresses, and specific amounts owed to each victim are set forth in the

Schedule of Victims, attached hereto as Schedule A.  Upon advice by the United States Attorney's

Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the

new address without further order of this Court.

    A.     **Joint and Several Liability**

Restitution is joint and several with the following codefendants in this case: KAYSHAWN

MASSOP, CARL HENRY, and AMARI JACKSON. The defendant's liability to pay restitution

shall continue unabated until either the defendant has paid the full amount of restitution ordered

herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a specified basis, as set forth more fully in Schedule A.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least 10 percent of the defendant's gross income, payable on the fifth of each month, upon his release from prison.

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in monthly installment payments of at least 10 percent of the defendant's gross income, payable on the fifth of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

2023.2.16                                   2

### 3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, in accordance with 18 U.S.C. § 3612(f)(1).

### 5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**6.    Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: /s/                                         2/19/25
Ben Arad                                        DATE
Benjamin Klein
Andrew Chan
Christy Slavik
50 Main Street, Suite 1100
White Plains, NY 10606
Tel.: (914) 993-1908/1907

GREG BROWN

By: _____                            2-20-25
Greg Brown                                      DATE

By: _____                            2/20/25
Kenneth Montgomery, Esq.                        DATE
(718) 403-9261

SO ORDERED:

_____                                2/20/25
HONORABLE VINCENT L. BRICCETTI                  DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                     4